■ GIOVANNI DIMENTO et al., Respondents, v PYRAMID SHOPPING CENTERS COMPANY et al., Defendants, and B. MILLIGAN CONTRACTING, INC., Appellant. PYRAMID SHOPPING CENTERS COMPANY, Third-Party Plaintiff, v BEC ELECTRIC Co., INC., Third-Party Defendant-Appellant, et al., Third-Party Defendant. (Appeal No. 3.) [625 NYS2d 955] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Hurlbutt, J. (Appeals from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Labor Law § 240 [1].) Present— Green, J. P., Pine, Callahan, Doerr and Davis, JJ.